**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Christopher Marchese,

                                        Plaintiff(s),

                v.

Professional Claims Bureau, Inc.

                                        Defendant(s).

Case No: 2:21-cv-02263-GRB-JMW

**NOTICE OF SETTLEMENT**

        NOW COMES Plaintiff(s), by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

        1.        A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

        2.        The parties respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

DATED: July 6, 2021

                        **BARSHAY, RIZZO & LOPEZ, PLLC**

                        By:  s/ *David M. Barshay*
                        David M. Barshay, Esquire
                        445 Broadhollow Road | Suite CL18
                        Melville, New York 11747
                        Tel: (631) 210-7272
                        Fax: (516) 706-5055
                        Our File No.: BRL21149
                        *Attorneys for Plaintiff*