FILED
CLERK
11:24 am, Aug 23, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Christopher Marchese,

                Plaintiff(s),

v.

Professional Claims Bureau, Inc.

                Defendant(s).

Case No: 2:21-cv-02263-GRB-JMW

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendant(s) Professional Claims Bureau, Inc. pursuant to the ==Federal Rules of Civil Procedure 41(a)(1)(A)(ii)==.

By: s/ *David M. Barshay*
David M. Barshay, Esquire
Barshay, Rizzo & Lopez, PLLC
445 Broadhollow Road | Suite CL18
Melville, New York 11747
Tel: (631) 210-7272
Email: dbarshay@brlfirm.com
Our File No.: BRL21149
*Attorneys for Plaintiff*

Dated: August 20, 2021

By: s/ *Matthew B. Johnson*
Matthew B. Johnson, Esquire
Gordon Rees Scully Mansukhani
1 Battery Park Plaza, 28th Floor
New York, New York 10004
Tel: (212) 402-2298
Email: mbjohnson@grsm.com
*Attorneys for Defendant*

Dated: August 20, 2021

Dated: 8/23/2021
So Ordered. The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.